No. 85-5228.   MILLER v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85-5229.   MIMS v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 85-5233.   O'NEIL v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 85-5239.   WRIGHT v. GIRJALVA, WARDEN.   Sup. Ct. Ariz. Certiorari denied.

No. 85-5241.   PAPSE v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 85-5243.   PHILLIPS v. LOMBARDI ET AL.   C. A. 2d Cir. Certiorari denied.

No. 85-5244.   PAYNE v. COUGHLIN ET AL.   C. A. 2d Cir. Certiorari denied.

No. 85-5245.   FOSTER v. SMITH ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85-5249.   BROWN v. BRUNO.   C. A. 6th Cir.   Certiorari denied.

No. 85-5251.   ROSBERG v. GOERES.   Sup. Ct. Neb.   Certiorari denied.

No. 85-5253.   VIGNE v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 85-5254.   VIGNE v. UNITED STATES ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 85-5255.   VIGNE v. UNITED STATES ET AL.   C. A. 3d Cir. Certiorari denied.

No. 85-5257.   CARTER v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 85-5258.   NEUMANN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 85-5259.   BOONE ET UX. v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.